**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                  CASE NO. 3:01cr66-03/RV

ROBERT LEE SMITH

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   April 17, 2009

Motion/Pleadings:   Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by   Defendant          on 3/14/2008      Doc.#   139

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                                            s/Jerry Marbut
LC (1 OR 2)                       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   17th   day of   April  , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.*

*(c) The amendments do not affect the Defendant's sentencing guideline range.*

                                                 /s/ *Roger Vinson*
                                                 **Roger Vinson**
                                                 **Senior United States District Judge**