# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:01cr66-03/RV

ROBERT LEE SMITH

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __May 4, 2009__

Motion/Pleadings: __Motion for Clarification__

Filed by __Defendant__ on __4/10/2009__ Doc.# __171__

RESPONSES:

                                             on                Doc.# 

                                             on                Doc.#

____ Stipulated      ____ Joint Pldg.

____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                             __s/Jerry Marbut__

LC (1 OR 2)                                Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* __4th__ *day of* __May__ *, 2009, that:*

*(a) The relief requested is GRANTED.*

*(b)* __A motion certifying substantial assistance was filed by the U.S. Attorney at the time of sentencing and defendant's sentencing guideline range was adjusted accordingly.__

                                                   /s/ *Roger Vinson*

                                                        *ROGER VINSON*
                                       *Senior United States District Judge*